UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:25-CR-25-50057 |
| Plaintiff, | INFORMATION<br>(REDACTED) |
| vs. | |
| WESTON BETTELYOUN, | Sexual Abuse of a Ward<br>18 U.S.C. § 2243(b) |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Kevin Koliner, charges and informs the Court that:

On or about July 21, 2023, in the District of South Dakota, the defendant, Weston Bettelyoun, while employed as a correctional officer with the Pennington County Jail, which holds persons in custody pursuant to a contract with a federal agency, the United States Marshals Service, knowingly engaged in a sexual act with a ward, [████████], by causing his mouth to make contact with [████████]'s genitals with the intent to gratify the defendant's sexual desires, at a time when [████████] was under the custodial, supervisory, and disciplinary authority of the defendant, in violation of 18 U.S.C. § 2243(b).

ALISON J. RAMSDELL
United States Attorney

3-17-25
_____
Date

/s/ Kevin Koliner
_____
Kevin Koliner
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605) 357-2354
Email: Kevin.Koliner@usdoj.gov

<u>Maximum Penalties</u>:      Weston Bettelyoun

maximum sentence of 15 years in prison, a $250,000 fine, or both, and a period of supervised release.  If imprisonment is ordered, supervised release following release will be at least 5 years and up to life.  If the Defendant is found by a preponderance of the evidence to have violated any condition of supervised release, the Court may revoke the supervised release and may impose an additional prison sentence upon Defendant, or impose an additional period of supervised release, or some combination of the two.

If the Defendant commits any felony criminal offense under chapter 109A, 110, or 117, or section 1201 or 1591, the Court shall revoke the term of supervised release and impose an additional sentence of imprisonment upon the Defendant to be at least 5 years and may be up to life.  There is also a $100 assessment and, unless the Court finds the Defendant indigent, an additional $5,000 assessment to the Domestic Trafficking Victims' Fund, with payment due at the time of sentencing or will otherwise be part of the judgment. Restitution may also be ordered.